B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   Dazlbet Partners, LLC                    Case No.  8:09-bk-22876
                        Debtor(s)                Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Andy Reasoner's Royal Palm Nurseries 3004 53rd Ave. E. Bradenton, FL 34203 | Andy Reasoner's Royal Palm Nurseries 3004 53rd Ave. E. Bradenton, FL 34203 | | Contingent Disputed | 10,448.06 |
| Chadwell Supply Inc. 1721 S. Kings Ave. Brandon, FL 33511 | Chadwell Supply Inc. 1721 S. Kings Ave. Brandon, FL 33511 | judgment | | 996.16 |
| Classic Carpets 11310 US Hwy 301 N Thonotosassa, FL 33592 | Classic Carpets 11310 US Hwy 301 N Thonotosassa, FL 33592 | | | 985.00 |
| Fugleberg Koch Architects 2555 Temple Trail Winter Park, FL 32789 | Fugleberg Koch Architects 2555 Temple Trail Winter Park, FL 32789 | | Disputed | 54,554.50 |
| Ghafari Associates 2166 W. Busch Blvd. Tampa, FL 33612 | Ghafari Associates 2166 W. Busch Blvd. Tampa, FL 33612 | | | 175.00 |
| Gregory C. Roberts 341 Venice Ave. Venice, FL 34285 | Gregory C. Roberts 341 Venice Ave. Venice, FL 34285 | notes payable | | 116,875.40 |
| Hessell and Aluise, PA 1050 17th St. NW Washington, DC 20036 | Hessell and Aluise, PA 1050 17th St. NW Washington, DC 20036 | | | 30,625.92 |
| Home Depot Supply PO Box 509058 San Diego, CA 92150 | Home Depot Supply PO Box 509058 San Diego, CA 92150 | | | 503.92 |
| House of Floors PO Box 669 Tallevast, FL 34270 | House of Floors PO Box 669 Tallevast, FL 34270 | | | 5,127.50 |
| KRB Management 6208 S. Hiawassee Rd. Ste. 401 Orlando, FL 32835 | KRB Management 6208 S. Hiawassee Rd. Ste. 401 Orlando, FL 32835 | management fees | | 6,026.00 |
| KRB Management 6208 S. Hiawassee Rd. Ste. 401 Orlando, FL 32835 | KRB Management 6208 S. Hiawassee Rd. Ste. 401 Orlando, FL 32835 | unemployment insurance | | 2,257.65 |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| KRB Management<br>6208 S. Hiawassee Rd.<br>Ste. 401<br>Orlando, FL 32835 | KRB Management<br>6208 S. Hiawassee Rd.<br>Ste. 401<br>Orlando, FL 32835 | payroll exchange | | 1,404.74 |
| McClain Barr<br>6353 Poplar Forest Dr.<br>Summerfield, NC 27358 | McClain Barr<br>6353 Poplar Forest Dr.<br>Summerfield, NC 27358 | | | 8,115.00 |
| Rentgrow Inc.<br>PO Box 847851<br>Boston, MA 02284 | Rentgrow Inc.<br>PO Box 847851<br>Boston, MA 02284 | | | 144.85 |
| Richard Lovesky<br>5550 26th St. W.<br>Ste. 8<br>Bradenton, FL 34207 | Richard Lovesky<br>5550 26th St. W.<br>Ste. 8<br>Bradenton, FL 34207 | | | 669.90 |
| Sam's Club<br>PO Box 530970<br>Atlanta, GA 30353 | Sam's Club<br>PO Box 530970<br>Atlanta, GA 30353 | | | 879.22 |
| Sam's Club Discover<br>PO Box 530970<br>Atlanta, GA 30353 | Sam's Club Discover<br>PO Box 530970<br>Atlanta, GA 30353 | | | 2,499.27 |
| Samuel A. Reasoner<br>3004 53rd Ave. E.<br>Bradenton, FL 34203 | Samuel A. Reasoner<br>3004 53rd Ave. E.<br>Bradenton, FL 34203 | note payable | | 1,382,505.48 |
| Total Control<br>PO Box 722<br>Oneco, FL 34264 | Total Control<br>PO Box 722<br>Oneco, FL 34264 | | | 650.00 |
| Vestcor Construction Svcs In<br>c/o Edward M. Whelan, Esq.<br>225 Water St.<br>Suite 1750<br>Jacksonville, FL 32202 | Vestcor Construction Svcs In<br>c/o Edward M. Whelan, Esq.<br>225 Water St.<br>Jacksonville, FL 32202 | Commercial real property located at 5030 26th St. E, Bradenton, FL 34203, commonly referred to as Royal Palm Terrace Apartments: Parcel ID 1672800209 | Disputed | 2,800,000.00 (21,652,741.69 secured) (19,808,607.84 senior lien) |

B4 (Official Form 4) (12/07) - Cont.
In re   Dazlbet Partners, LLC                              Case No.   8:09-bk-22876
                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   11/4/09                      Signature   /s/ Samuel A. Reasoner
                                                Samuel A. Reasoner
                                                Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy