UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

DAZLBET PARTNERS, LLC,   CASE NO. 8:09-bk-22876-MGW
                         Chapter 11

　　Debtor.
_____/

# ORDER GRANTING MOTION FOR CONTINUANCE

THIS CASE came on before the Court without a hearing to consider the Motion to Continue Final Evidentiary Hearing on Confirmation of Plan of Reorganization and Other Hearings (Docket No. 181) filed by Dazlbet Partners, LLC, the Debtor in the above-styled Chapter 11 case. Upon consideration of the motion together with the record and further noting that Debtor's counsel contacted opposing counsel Jenifer Corinis who expressed no opposition to the continuance, accordingly, it is:

　　ORDERED:

1. The Motion to Continue Final Evidentiary Hearing on Confirmation of Plan of Reorganization and Other Hearings be, and hereby is, GRANTED.

2. A continued hearing to consider 1) Final Evidentiary Hearing on approval of Disclosure Statement and Confirmation of Plan; 2) Objection to Plan by U.S. Department of Housing and Urban Development (Docket No. 131); 3) Debtor's Motion for Cramdown (Docket No. 160); 4) Eighth Continued Hearing on Debtor's Emergency Motion to Use Cash Collateral (Docket No. 4); 5) Sixth Continued Hearing on Debtor's Application to Employ management Co., KRB Management, Inc.

1

(Docket No. 21); 6) Sixth Continued Hearing on Debtor's Motion to Approve Insider Transactions (Docket No. 34); 7) Third Continued Final Hearing on Debtor's Motion to Determine Correct Adequate Protection Payment Pursuant to Terms of Cash Collateral Order (Docket No. 101); 8) Application for Compensation by Morse & Gomez, P.A. (Docket No. 136); 9)Objection by HUD (Docket No. 149); 10) Application for Compensation by Richard Lovesky, P.A. as Special Counsel (Docket No. 138); and 11) Objection by HUD (Docket No. 149) be, and is hereby, rescheduled from September 23, 2010 at 1:30 p.m. to __November 17__, 2010 at 1:30 p.m.

3. A status conference is scheduled for September 29, 2010, at 1:30 p.m.

DONE and ORDERED this _____ day of July 22, 2010

_____
MICHAEL G. WILLIAMSON
United States Bankruptcy Court Judge

Copies to:

Bernard J. Morse, Esquire
Morse & Gomez
11268 Winthrop Main Street
Suite 102
Riverview, FL 33578

United States Trustee
501 East Polk Street
Suite 1200
Tampa, FL 33602

Jenifer Corinis
Asst. U.S. Attorney
United States Courthouse
400 N. Tampa St., Ste. 3200
Tampa, FL 33602

All creditors matrix

F:\Shared Office Files\DAZLBeT Partners, LLC\Chapter 11 pleading\Order Continuing Confirmation.doc