UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

DAZLBET PARTNERS, LLC,    CASE NO. 8:09-bk-22876-MGW
                          Chapter 11 case

    Debtor.
_____/

## ORDER CONCERNING OCTOBER 27, 2010 STATUS CONFERENCE

THIS CASE came on for hearing on October 27, 2010 for status conference in the above-styled Chapter 11 case. For the reasons stated orally and recorded in open court accordingly, it is

ORDERED that:

1. A Final Evidentiary Hearing on Confirmation of the Chapter 11 Plan of Reorganization (and any amendment or amendments thereto) and any motion for cram-down pursuant to 11 U.S.C. §1129(b) which may be filed by the Debtor be, and is hereby, scheduled for January 26, 2011 at 1:30 p.m.

2. A status conference be, and is hereby, scheduled for November 17, 2010 at 1:30 p.m.

DONE and ORDERED at Tampa, Florida on November 03, 2010.

_____
MICHAEL G. WILLIAMSON
U.S. Bankruptcy Judge

Copies to:

Bernard J. Morse, Esquire
Morse & Gomez
11268 Winthrop Main St., Ste. 102
Riverview, FL 33578

1

United States Trustee
501 East Polk Street
Suite 1200
Tampa, FL 33602

Robert A. Soriano, Esq.
625 E. Twiggs St., Ste. 100
Tampa, FL  33602

All Creditors and Parties-In-Interest as listed on the official Court Matrix.

F:\Shared Office Files\DAZLBeT Partners, LLC\Chapter 11 pleading\Ord on status conf.doc