UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

DAZLBET PARTNERS, LLC,

CASE NO. 8:09-bk-22876-MGW
Chapter 11 case

Debtor.
______________________________/

**ORDER CONCERNING NOVEMBER 17, 2010 STATUS CONFERENCE**

THIS CASE came on for hearing on November 17, 2010 for a status conference as well as to consider matters related to confirmation and the continued prosecution of this Chapter 11 case. For the reasons stated orally and recorded in open court accordingly, it is

ORDERED that:

1. On January 26, 2011 at 1:30 p.m. the Court will hold continued hearings on the following matters:

   a. Debtor's Application to Employ Management Company, KRB Management, Inc. (Docket No. 21);

   b. Debtor's Motion to Approve Insider Transactions (Docket No. 34); and

   c. Debtor's Motion to Determine Correct Adequate Protection Payment Pursuant to the Terms of Cash Collateral Order (Docket No. 101).

DONE and ORDERED at Tampa, Florida on ______ November 30, 2010 ______.

______________________________
MICHAEL G. WILLIAMSON
U.S. Bankruptcy Judge

Copies to:

Bernard J. Morse, Esquire
Morse & Gomez
11268 Winthrop Main St., Ste. 102
Riverview, FL 33578

United States Trustee
501 East Polk Street
Suite 1200
Tampa, FL 33602

Robert A. Soriano, Esq.
625 E. Twiggs St., Ste. 100
Tampa, FL 33602

All Creditors and Parties-In-Interest as listed on the official Court Matrix.

F:\Shared Office Files\DAZLBeT Partners, LLC\Chapter 11 pleading\Second Ord on status conf.doc