UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

DAZLBET PARTNERS, LLC,   CASE NO. 8:09-bk-22876-MGW
                         Chapter 11
    Debtor.
_____/

**<u>ORDER CONFIRMING AMENDED CHAPTER 11 PLAN OF REORGANIZATION</u>**

THIS CASE came on for hearing on March 9, 2011 to consider Confirmation of the Amended Chapter 11 Plan of Reorganization of Dazlbet Partners, LLC, the Debtor in the above-styled Chapter 11 case. At the hearing counsel for the Debtor provided the Court an original ballot from a general unsecured creditor which the Court accepts and will consider as part of the decision to confirm the Amended Chapter 11 Plan of Reorganization. For the reasons stated orally and recorded in open court, accordingly, it is:

ORDERED that:

1. The Amended Chapter 11 Plan of Reorganization (Docket No. 247) be, and is hereby, CONFIRMED.

2. The Debtor's Disclosure Statement (Docket No. 108) be, and is hereby, APPROVED.

3. In the event of a dispute as to the terms of any loan documents to be executed in furtherance of consummation of the Amended Chapter 11 Plan of Reorganization, the Court retains jurisdiction to address and resolve any such disputes.

4. The Court makes no further ruling with respect to the Debtor's Emergency Motion to Use Cash Collateral (Docket No. 4) or the Debtor's Motion to Approve Insider Transactions (Docket No.

34) as the same are ~~not~~  moot in light of the entry of this Order Confirming Amended Chapter 11 Plan of Reorganization.

5. Counsel for the Debtor shall file his final fee application on or before April 8, 2011.

6. A post-confirmation status conference by, and is hereby, scheduled for May 4, 2011 at 9:30 a.m.

7. 11 U.S.C. Section 1146(a) shall apply to any documents executed to effectuate the terms of this Order.

DONE and ORDERED in Tampa, Florida on March 11, 2011.

_____
MICHAEL G WILLIAMSON
United States Bankruptcy Court Judge

Copies to:

Bernard J. Morse, Esquire
Morse & Gomez
11268 Winthrop Main Street
Suite 102
Riverview, FL 33578

United States Trustee
501 East Polk Street
Suite 1200
Tampa, FL 33602

Robert A. Soriano, Esq.
625 E. Twiggs St., Ste. 100
Tampa, FL 33602

All creditors matrix

F:\Shared Office Files\DAZLBeT Partners, LLC\Chapter 11 pleading\Order Confirming Plan.doc